FILED
07 AUG -8 PM 1:30

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RALPH WILLIAM CAMPOS )
                     )   C 07   4067
        Plaintiff,   )   CASE NO. _____
                     )
vs.                  )   PRISONER'S
                     )   APPLICATION TO PROCEED
JAMES A. JATES, (WARDEN) )   IN FORMA PAUPERIS
                     )
        Defendant.   )

SBA
(PR)

I, RALPH WILLIAM CAMPOS, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No XX

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___-0-___    Net: ___-0-___

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
                           —NONE—
4  _____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or              Yes ____ No _xx_
10            self employment
11      b.    Income from stocks, bonds,           Yes ____ No _xx_
12            or royalties?
13      c.    Rent payments?                       Yes ____ No _xx_
14      d.    Pensions, annuities, or              Yes ____ No _xx_
15            life insurance payments?
16      e.    Federal or State welfare payments,   Yes ____ No _xx_
17            Social Security or other govern-
18            ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.    Are you married?                          Yes ____ No _xx_
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____—0—_____ Net $_____—0—_____
28 4.    a.    List amount you contribute to your spouse's support:$ ____N/A____

RALPH WILLIAM CAMPOS #D-67543
P.V.S.P./D-2/108 LOW
P.O. BOX 8504
COALINGA, CALIFORNIA 93210

1
2                                              Case Number: _____
3
4
5
6
7
8
9                              CERTIFICATE OF FUNDS
10                                        IN
11                              PRISONER'S ACCOUNT
12
13       I certify that attached hereto is a true and correct copy of the prisoner's trust account
14   statement showing transactions of _____ -0- _____ for the last six months
15   at PLEASANT VALLEY STATE PRISON, FAC-D
16                                  [prisoner name]
17   RALPH WILLIAM CAMPOS D-67345   where (s)he is confined.
18       [name of institution] PLEASANT VALLEY STATE PRISON, COALINGA, CALIFORNIA.
19       I further certify that the average deposits each month to this prisoner's account for the
20   most recent 6-month period were $ ___ -0- ___ and the average balance in the prisoner's
21   account each month for the most recent 6-month period was $ ___ -0- ___ .
22
23   Dated: July 27, 2007            [signature] Isabel J. Alvarez
24                                   [Authorized officer of the institution]
25                                   Account Clerk II
26
27
28

1  b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

　　　　　　　　　　　　　　　　　　--NONE--

5. Do you own or are you buying a home?   Yes ____ No _xx_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ____ No _xx_

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes ____ No _xx_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $_____

Do you own any cash? Yes ____ No _xx_ Amount: $_____-0-_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No _xx_

8. What are your monthly expenses?

Rent: $___N/A___   Utilities: ___N/A___

Food: $___N/A___   Clothing: ___N/A___

Charge Accounts:  --NONE--

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

—NONE—

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No xx

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

—N/A—

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8-2-2007  
DATE

Ralph William Campos  
RALPH WILLIAM CAMPOS  
SIGNATURE OF APPLICANT