RALPH WILLIAM CAMPOS #D-67345
P.V.S.P./D-2/108 LOW
P.O. BOX 8504
COALINGA, CALIFORNIA 93210

FILED
07 AUG -8 PM 1:27

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:

ON HABEAS,    E-filing    C 07    4067

RALPH WILLIAM CAMPOS.            CASE NO.        SBA (PR)
PETITIONER,

Vs.                              CERTIFICATE OF SERVICE

JAMES A. YATES (WARDEN)
RESPONDENT,

I HEREBY CERTIFY THAT ON _____ 2007, I SERVED THE FOLLOWING:

FEDERAL PETITIONER FOR WRIT OF HABEAS CORPUS

PETITIONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

BY PLACING IN DEPOSIT FOR UNITED STATES MAILING AT:

PLEASANT VALLEY STATE PRISON
P.O. BOX 8540
COALINGA, CALIFORNIA 93210

IN A PREPAID ENVELOPE ADDRESSED TO:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CLERK OF THE COURT........:
..........................
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102-3483

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE FULLEST OF MY ABILITY AND UNDERSTANDING.

DATE 8 / 2 / 2007

x Ralph William Campos
RALPH WILLIAM CAMPOS.
PETITIONER IN PRO SE..