RALPH WILLIAM CAMPOS ▓▓▓▓▓ #D-67543
P.V.S.P. D-2-108 LOW
P.O. BOX 8504
COALINGA, CALIFORNIA 93210

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:

ON HABEAS,

RALPH WILLIAM CAMPOS.    )
PETITIONER,              )
                         )     CASE NO. C-07-4067-SBA (PR)
                         )
       Vs.               )     PETITIONER REQUEST/MOTION
                         )         FOR LEAVE TO FILE
                         )     APPLICATION TO PROCEED
                         )      IN FORMA PAUPERIS
JAMES A. YATES (WARDEN)  )
RESPONDENT,              )

   COMES NOW PETITIONER, RALPH WILLIAM CAMPOS., WITH REQUEST/MOTION FOR LEAVE TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS.

   PETITIONER IS IN THE PROCESS OF OBTAINING NEW COMPLETED FORMS OF PETITIONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS, AND AWAITING THE PRISONS COMPLETION OF THE REQUIRED PORTIONS AND INCLUSION OF A CERTIFIED COPY OF UNDERSIGNED'S TRUST ACCOUNT RECORD FOR THE LAST SIX MONTHS [THEREFORE] REQUIRES LEAVE TO COMPLETE THE MAILING PROCESS OF SAID APPLICATION.

[FURTHER] PETITIONER HAS NO ACCESS TO ANY MEANS TO USE THE E-FILE SYSTEM PROVIDED OF THE COURT'S AND WILL BE FILING ALL MOTION/REQUEST, ANSWERS, AND RESPONSE IN PHYSICAL DOCUMENT FORMAT, AND WILL REQUIRE LEAVE TO COMPLETE EACH MAILING OF ANY ACTION HE TAKES IN THIS MATTER.

   I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE FULLEST OF MY ABILITY AND UNDERSTANDING.

DATE 09 / 01 / 2007,

                                    x /s/ Ralph William Campos
                                       RALPH WILLIAM CAMPOS.
                                       PETITIONER IN PRO SE.

Ralph William Campos #D-67345
P.V.S.P-D-2-108L
P.O. Box 8504
Coaling, CA 93210

ORIGINAL FILED
07 AUG -8 PM 1:30
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

RALPH WILLIAM CAMPOS

        Plaintiff,

vs.

JAMES A. JATES, (WARDEN)

        Defendant.

CASE NO. **C 07 4067 SBA (PR)**

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, RALPH WILLIAM CAMPOS, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No XX

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____-0-_____ Net: ____-0-_____

Employer: _____

1 | If the answer is "no," state the date of last employment and the amount of the gross and net
2 | salary and wages per month which you received. (If you are imprisoned, specify the last
3 | place of employment prior to imprisonment.)
  |                                       —NONE—
4 | _____
5 | _____
6 | _____

7 | 2.    Have you received, within the past twelve (12) months, any money from any of the
8 | following sources:

9 |       a.    Business, Profession or                    Yes ____ No xx
10 |             self employment

11 |      b.    Income from stocks, bonds,                 Yes ____ No xx
12 |             or royalties?

13 |      c.    Rent payments?                             Yes ____ No xx

14 |      d.    Pensions, annuities, or                    Yes ____ No xx
15 |             life insurance payments?

16 |      e.    Federal or State welfare payments,         Yes ____ No xx
17 |             Social Security or other govern-
18 |             ment source?

19 | If the answer is "yes" to any of the above, describe each source of money and state the amount
20 | received from each.
21 | _____
22 | _____

23 | 3.    Are you married?                                Yes ____ No xx
24 | Spouse's Full Name: _____
25 | Spouse's Place of Employment: _____
26 | Spouse's Monthly Salary, Wages or Income:
27 | Gross $_____—0—_____ Net $_____—0—_____
28 | 4.    a.    List amount you contribute to your spouse's support:$ ____N/A____

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

—NONE—

_____

_____

5.  Do you own or are you buying a home?    Yes ____ No  xx

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?    Yes ____ No  xx

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $_____

Monthly Payment: $_____

7.  Do you have a bank account?  Yes ____ No  xx  (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ____ No  xx  Amount: $  —0—

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ____ No  xx

_____

8.  What are your monthly expenses?

Rent: $   N/A            Utilities:   N/A

Food: $   N/A            Clothing:   N/A

Charge Accounts:  —NONE—

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

9.  Do

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

—NONE—

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _xx_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

—N/A—

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8-2-2007              *Ralph William Campos*
DATE                  RALPH WILLIAM CAMPOS
                      SIGNATURE OF APPLICANT

RALPH WILLIAM CAMPOS #D-67543
P.V.S.P./D-2/108 LOW
P.O. BOX 8504
COALINGA, CALIFORNIA 93210

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____—0—_____ for the last six months at PLEASANT VALLEY STATE PRISON, FAC-D
[prisoner name]
RALPH WILLIAM CAMPOS D-67345 where (s)he is confined.
[name of institution] PLEASANT VALLEY STATE PRISON, COALINGA, CALIFORNIA.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ___—0—___ and the average balance in the prisoner's account each month for the most recent 6-month period was $ ___—0—___.

Dated: July 27, 2007        _____[signature]_____
                            [Authorized officer of the institution]
                            Account Clerk II

```
REPORT ID: TS3030                                              PAGE NO:    1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         PLEASANT VALLEY STATE PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: JAN. 27, 2007 THRU JUL. 27, 2007

ACCOUNT NUMBER : D67345                     BED/CELL NUMBER: DFB2T1000000108L
ACCOUNT NAME   : CAMPOS, RALPH WILLIAMS        ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                         TRUST ACCOUNT ACTIVITY

    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                          TRUST ACCOUNT SUMMARY
  BEGINNING     TOTAL       TOTAL      CURRENT      HOLDS     TRANSACTIONS
   BALANCE    DEPOSITS   WITHDRAWALS   BALANCE     BALANCE    TO BE POSTED
  ---------   --------   -----------   -------     -------    ------------
     0.00       0.00        0.00         0.00        0.00         0.00

                                                        CURRENT
                                                       AVAILABLE
                                                        BALANCE
                                                       ---------
                                                          0.00
```

*[Handwritten annotations:]*

No Good ?

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: July 27 2007
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY: *[signature]* Isabel J. Abunelz
TRUST OFFICE    Account Clerk

Must Be For Last 6 months not one month?

RALPH WILLIAM CAMPOS ████████ #D-67543
P.V.S.P. D-2/108 LOW
P.O. BOX 8504
COALINGA, CALIFORNIA 93210

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:

ON HABEAS,

RALPH WILLIAM CAMPOS.    )
PETITIONER,              )
                         )         CASE NO. C-07-4067-SBA (PR)
        Vs.              )
                         )         CERTIFICATE OF SERVICE
JAMES A. YATES (WARDEN)  )
RESPONDENT,              )

I HEREBY CERTIFY THAT ON, 09 / 01 / 2007, I SERVED THE FOLLOWING:

PETITIONER REQUEST FOR LEAVE TO FILE PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS.

PETITIONER APPLICATION TO PROCEED IN FORMA PAUPERIS, AND PETITION CERTIFIED COPY OF HIS TRUST ACCOUNT RECORD FOR THE LAST SIX MONTHS

BY PLACING IN DEPOSIT FOR UNITED STATES MAILING AT:

PLEASANT VALLEY STATE PRISON
P.O. BOX 8500
COALINGA, CALIFORNIA 93210

IN A PREPAID ENVELOPE ADDRESSED TO:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CLERK OF THE COURT
450 GOLDEN GATE AVENUE
POST OFFICE BOX 36060
SAN FRANCISCO, CALIFORNIA 94102-9680

I AM NOT A PARTY TO THE ABOVE INDICATED MATTER AND DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE 09 / 01 / 2007

*[signature]*
LONNIE LEE POSLOF SR. #T-90225
P.V.S.P. D-1 113 LOW
POST OFFICE BOX 8504
COALINGA, CA. 93210

LONNIE LEE POSLOF SR. #T-90225
POST OFFICE BOX 8504
P./S.P. D-1 113 LOW
COALINGA, CALIFORNIA 93210

THIS MAIL GENERATED FROM
PLEASANT VALLEY STATE PRISON



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CLERK OF THE COURT
450 GOLDEN GATE AVENUE
POST OFFICE BOX 36060
SAN FRANCISCO, CALIFORNIA 94102-9680

L E G A L * * * M A I L
* * * * * * * * * * *

CASE NO. C-07-4067-SBA (PR)