UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

Richard W. Wieking
Clerk

www.cand.uscourts.gov

General Court
510.637.



September 17, 2007

District Clerk,
U.S. District Court, Eastern District of CA
4-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2133

RE: CV 07-04067 SBA  RALPH WILLIAM CAMPOS-v-JAMES A YATES

Dear Clerk,

1:07-CV-1388-OWW-TAG-HC

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒ Certified copy of docket entries.

☒ Certified copy of Transferral Order.

☒ Original case file documents.

☐ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: _____
Jessie Mosley
Case Systems Administrator

Enclosures
Copies to counsel of record